UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-349 MJP |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JUAN GONZALEZ-GUERRA, | |
| Defendant. | |

Offense charged:   Conspiracy to Smuggle, Transport and Harbor Illegal Aliens; Harboring of an Illegal Alien, Allegations of Forfeiture

Date of Detention Hearing:   October 13, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is a native and citizen of Mexico. He has lived in the United States for

many years, but also has family in Mexico, who he visits every few years.

(2) The nature of the instant charges involve allegations of smuggling undocumented Mexican nationals into the United States and compelling the individuals to work in order to repay the debts allegedly incurred in the course of the transport. The conspiracy involves threats of physical violence and retaliation. The Assistant United States Attorney proffered some details of alleged threats. Further, this defendant is charged in state court with child molestation allegedly committed against one of the smuggled juveniles.

(3) The defendant poses a risk of nonappearance due to the nature of the instant offense, his status on pretrial release from state court, and ties to Mexico. The defendant poses a risk of danger due to allegations of child molestation.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

01         is confined shall deliver the defendant to a United States Marshal for the purpose

02         of an appearance in connection with a court proceeding; and

03 (4)    The clerk shall direct copies of this Order to counsel for the United States, to

04         counsel for the defendant, to the United States Marshal, and to the United States

05         Pretrial Services Officer.

06 DATED this 13th day of October, 2009.

                                      */s/ Mary Alice Theiler*
                                      Mary Alice Theiler
                                      United States Magistrate Judge

DETENTION ORDER                             15.13
18 U.S.C. § 3142(i)                           Rev. 1/91
PAGE 3